2:18-mc-00121

| | |
|---|---|
| From: | AOdb_Multi-CourtExemptions/DCA/AO/USCOURTS |
| To: | AOdb_Multi-CourtExemptions/DCA/AO/USCOURTS@USCOURTS |
| Date: | 06/26/2018 09:25 AM |
| Subject: | Fw: Gutman Multi-Court Exemption Form |
| Sent by: | Christina Brito |

Dear Clerk,

The attached Multi-Court Exemption Application requests an exemption from EPA fees for Jeffrey Gutman from the present to December 31, 2019.  We recommend the exemption request be granted.

The Electronic Public Access Fee Schedule provides that a court may consider exempting individual researchers associated with educational institutions if they have shown that the defined research project is intended for scholarly research that is limited in scope and not intended for redistribution on the internet or for commercial purposes.  Mr. Gutman is a Professor of Clinical Law at George Washington University Law School.  He is researching federal civil rights cases that have been filed by individuals who appear on the National Registry of Exonerations.  Mr. Gutman explained in a recent phone conversation with EPA staff that he anticipates accessing approximately 500 cases in various district courts and that he would like to limit the request to district courts and no courts of appeals (contrary to his application that asks for Courts of Appeal).

For your convenience, a sample order is attached.  If your court chooses to grant Mr. Gutman's exemption request, please forward a copy to the PACER Service Center at pacer@psc.uscourts.gov

Should you have any questions, please contact Wendell Skidgel or Christina Brito.



Gutman sample exempt Order.docx

----- Forwarded by Christina Brito/DCA/AO/USCOURTS on 06/22/2018 03:19 PM -----

| | |
|---|---|
| From: | Jeffrey Gutman <jgutman@law.gwu.edu> |
| To: | Multi-CourtExemptions@ao.uscourts.gov |
| Date: | 04/06/2018 02:48 PM |
| Subject: | Exemption Form |

Please see attached.
--
Jeffrey S. Gutman
Professor of Clinical Law
The George Washington University Law School

2000 G St., N.W.
Washington, D.C. 20052
(202) 994-5797 (tel)
(202) 994-4693 (fax)
CONFIDENTIALITY WARNING: This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately and delete it from your system.



PACER Form.pdf