IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

**General Order Regarding Temporary Exemption from**
**Electronic Public Access Fees (PACER)**

              **Miscellaneous Case Number 2:18-mc-00121**

**In Re:  Application for Exemption from the Electronic Public Access Fees by Jeffrey Gutman, Professor of Clinical Law, George Washington University Law School**

  This matter is before the Court upon the application and request by Jeffrey Gutman, Professor of Clinical Law at George Washington University Law School, for exemption from the fees imposed by the Electronic Public Access fee schedule adopted by the Judicial Conference for the United States Courts.

  The Court finds that Jeffrey Gutman a law professor associated with George Washington University Law School falls within the class of users listed in the fee schedule as being eligible for a fee exemption.  Additionally, Jeffrey Gutman has demonstrated that an exemption is necessary in order to avoid unreasonable burdens and to promote public access to information. Accordingly, Jeffrey Gutman with PACER Account number 5029625 shall be exempt from the payment of fees for access via PACER to the electronic case files maintained in this Court, to the extent such use is incurred in the course of his research in gathering a defined sample of documents as described in his request. He shall not be exempt from the payment of fees incurred in connection with other uses of the PACER system in this Court. Additionally, the following limitations apply:

  1.  This fee exemption applies only to Jeffrey Gutman and is valid only for the purposes stated above;
  2.  This fee exemption applies only to the electronic case files of this court that are available through the PACER system;

3. By accepting this exemption, Jeffrey Gutman agrees not to sell for profit any data obtained as a result of receiving this exemption;
4. Jeffrey Gutman is prohibited from transferring any data obtained as a result of receiving this exemption, including redistribution via internet based databases;
5. This exemption is valid until December 31, 2019.

This exemption may be revoked at the discretion of the Court at any time. A copy of this Order shall be sent to the PACER Service Center and Jeffrey Gutman.

ENTER: July 18, 2018

THOMAS E. JOHNSTON, CHIEF JUDGE